2025R00514/KML

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FILED
JUL 1 5 2025
AT 8:30  12:50 PM
CLERK, U.S. DISTRICT COURT - DNJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. (BRM) |
| v. | : | Crim. No. 25-457 |
| AMIN ROLAND | : | 18 U.S.C. § 922(g)(1) |
| | : | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| | : | 18 U.S.C. § 924(c)(1)(A)(i) |

## I N D I C T M E N T

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges as follows:

### COUNT ONE
(Possession of a Firearm and Ammunition by a Convicted Felon)

On or about April 29, 2025, in Essex County, in the District of New Jersey, and elsewhere, the defendant,

**AMIN ROLAND,**

knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, namely, a .22 caliber handgun, bearing serial number K006872, and ammunition, namely 41 rounds of .22 caliber ammunition, and 22 rounds of .40 caliber ammunition, and the firearm and ammunition were in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
(Possession with Intent to Distribute Controlled Substances)

On or about April 29, 2025, in Essex County, in the District of New Jersey, and elsewhere, the defendant,

**AMIN ROLAND,**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about April 29, 2025, in Essex County, in the District of New Jersey, and elsewhere, the defendant,

### AMIN ROLAND,

in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely, possession with intent to distribute controlled substances, as charged in Count Two of this Indictment, did knowingly possess a firearm, namely, a .22 caliber handgun, bearing serial number K006872.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION ONE

Upon conviction of the firearms offenses in violation of Title 18, United States Code, Section 922(g)(1), as charged in Count One of this Indictment, and in violation of Title 18, United States Code, Section 924(c)(1)(A)(i), as charged in Count Three of this Indictment, the defendant,

**AMIN ROLAND,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of such offenses, including, but not limited to, the following:

      a. one .22 caliber handgun, bearing serial number K006872;

      b. 41 rounds of .22 caliber ammunition; and

      c. 22 rounds of .40 caliber ammunition.

## FORFEITURE ALLEGATION TWO

Upon conviction of the controlled substance offense in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), as charged in Count Two of this Indictment, the defendant,

### AMIN ROLAND,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any and all property used, or intended to be used, in any manner or part to commit and to facilitate the commission of the offense alleged in Count Two of this Indictment.

## SUBSTITUTE ASSETS PROVISION
(Applicable to All Forfeiture Counts)

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a)    cannot be located upon the exercise of due diligence;

    b)    has been transferred or sold to, or deposited with, a third party;

    c)    has been placed beyond the jurisdiction of the court;

    d)    has been substantially diminished in value; or

    e)    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

A TRUE BILL

_Alina Habba_
ALINA HABBA
United States Attorney

6

CASE NUMBER: 25- 457 (BRM)

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

AMIN ROLAND

## INDICTMENT FOR

18 U.S.C. § 922(g)(1)
21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
18 U.S.C. § 924(c)(1)(A)(i)

A True Bill.



Foreperson

ALINA HABBA
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

KELLY M. LYONS
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 202-3054